**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Brambila-Maravilla

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ8295 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| **ISMAEL BRAMBILA-MARAVILLA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

      Respectfully submitted,

Dated: April 8, 2008        /s/ *Sara Peloquin*
      **SARA M. PELOQUIN**
      Federal Defenders of San Diego, Inc.
      Attorneys for Mr. Brambila-Maravilla

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 8, 2008

/s/ Sara Peloquin
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Sara_Peloquin@fd.org